UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-cr-28 |
| vs. ) | |
| ) | JUDGE COLLIER |
| BENTI L. GRIMES ) | MAGISTRATE JUDGE CARTER |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant, BENTI L. GRIMES, on the indictment returned by the Grand Jury was held before the undersigned on August 14, 2006.

Those present for the hearing included:

(1) AUSA John MacCoon for the USA.
(2) The defendant, BENTI L. GRIMES.
(3) Attorney Rita LaLumia with Federal Defender Services of Eastern Tennessee for defendant.
(4) Deputy Clerk Russell Eslinger.

After being sworn in due form of law, the defendant was informed or reminded of her privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution.

The person present was the defendant named in the indictment although she now uses her married name of Benti Grimes Brown.

The defendant acknowledged having been provided with a copy of the indictment and acknowledged having the opportunity of reviewing the indictment with counsel.

The defendant waived a formal reading of the indictment in open court. The defendant entered a not guilty plea to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE